15416, 25478.   SNYDER *v.* BROWN SHOE COMPANY; and *vice versa.*

There was no error in the rulings on the demurrer, or in directing a verdict.
DECIDED JUNE 10, 1924.

Complaint; from city court of Macon—Judge Gunn.   January 1, 1924.

*Strozier & Deaver,* for plaintiff in error.

*Brock, Sparks & Russell,* contra.

BROYLES, C. J. Under the facts of the case the court did not err in overruling grounds 1, 2, 3, 5, 6, 7, and 8 of the plaintiff's demurrer to the defendant's answer, or in sustaining the 9th ground of the demurrer and striking paragraph 9 of the answer and all the amendments thereto, or in sustaining the subsequent demurrer to the answer as finally amended and striking all of the answer except the portions specified in the order sustaining the demurrer, or in directing the verdict for the plaintiff.

*Judgment affirmed on both bills of exceptions. Luke and Bloodworth, JJ., concur.*